No. 357. THE GULF AND SHIP ISLAND RAILROAD COM-
PANY *v.* MRS. RUBIE CURTIS, ADMINISTRATRIX.    October
24, 1927.    Petition for a writ of certiorari to the Supreme
Court of the State of Mississippi denied. *Messrs. T. J.
Wills* and *R. V. Fletcher* for petitioner. *Mrs. Rubie
Curtis, pro se.*

———

No. 358. W. L. BROWN, ADMINISTRATOR, *v.* NORFOLK
AND WESTERN RAILWAY COMPANY.    October 24, 1927.
Petition for a writ of certiorari to the Circuit Court of
Appeals for the Fourth Circuit denied. *Mr. Wm. H.
Werth* for petitioner.    No appearance for respondent.

———

No. 359. GEORGE D. EMERY AND INSURANCE COMPANY
OF NORTH AMERICA *v.* OVE LANGE, TRUSTEE.    October 24,
1927.    Petition for a writ of certiorari to the Circuit
Court of Appeals for the Second Circuit denied. *Messrs.
Oscar R. Houston* and *D. Roger Englar* for petitioners.
No appearance for respondent.

———

No. 360. GOODYEAR TIRE & RUBBER COMPANY *v.* JUAN
G. GALLARDO, TREASURER.    October 24, 1927.    Petition
for a writ of certiorari to the Circuit Court of Appeals
for the First Circuit denied. *Messrs. Nelson Gammans*
and *Francis G. Caffey* for petitioner. *Messrs. Wm. C.
Rigby* and *George C. Butte* for respondent.

———

No. 361. W. T. IRWIN ET AL. *v.* THE MISSOURI VALLEY
BRIDGE & IRON Co.    October 24, 1927.    Petition for a
writ of certiorari to the Circuit Court of Appeals for the
Seventh Circuit denied. *Messrs. Kemper K. Knapp,
John R. Cochran, Frank E. Tyler* and *Joseph A. O'Don-
nell* for petitioners. *Messrs. Lee Bond* and *Fred B.
Silsbee* for respondent.    See p. 572.